IN THE UNITED STATES BANKRUPTCY COURT
FOR Statewide District of Nevada

In Re:

Pacita  Cabacab                                                                  ) Case No:  09-15419

                                                                                 ) Chapter:  13

                                                                                 )

SSN: *****7737                                                                   )
SSN:                                                                             }

                        Debtor(s)

REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of EMC Mortgage Corporation  and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.

/s/ Corey M. Robertus July 15, 2009

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax:  720-240-5454

Creditor:
EMC Mortgage Corporation
ATTN: Bankruptcy Department PO BOX 293150
Lewisville, TX 75029-3150
Loan Number: ******5248

Debtor Attorney= DAVID M. CROSBY
Trustee = RICK A. YARNALL
Court = US BK CT